PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 13-DEC-2004 FOR: 2000Z00277/001 PAGE: 1 OF 4

DEBTOR: Guse, Mark A.
COURT NUMBER: 00-1074 RHK/JMM
CURRENT LIABILITY BALANCE: $0.00

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0006 | PMNT | WA | 03-DEC-2001 | OT/G | Federated | MN | /2/044 | 1146929 | $105.92 | 03-DEC-2001 | $11,942.94 |
| 0007 | PMNT | WA | 17-DEC-2001 | OT/Y | Federated Ins. | MN | /2/053 | 1148761 | $144.01 | 17-DEC-2001 | $11,827.64 |
| 0008 | PMNT | WA | 28-DEC-2001 | OT/Y | Fed. Ins. | MN | /2/060 | 1150461 | $144.01 | 28-DEC-2001 | $11,706.19 |
| 0009 | PMNT | WA | 11-JAN-2002 | OT/Y | Fed Ins. | MN | /2/069 | 1152061 | $139.50 | 11-JAN-2002 | $11,595.31 |
| 0010 | PMNT | WA | 25-JAN-2002 | OT/G | federated insurance | MN | /2/078 | 1156298 | $148.21 | 25-JAN-2002 | $11,475.45 |
| 0011 | PMNT | WA | 07-FEB-2002 | OT/G | Federated Insurance | MN | /2/086 | 1158248 | $144.45 | 07-FEB-2002 | $11,357.06 |
| 0012 | PMNT | WA | 25-FEB-2002 | OT/G | Federated Ins. | MN | /2/099 | 1160173 | $151.60 | 25-FEB-2002 | $11,241.16 |
| 0013 | PMNT | WA | 11-MAR-2002 | OT/G | Federated Insurance | MN | /2/109 | 1161640 | $151.60 | 11-MAR-2002 | $11,117.05 |
| 0014 | PMNT | WA | 11-MAR-2002 | OT/G | Federated Insurance | MN | /2/109 | 1161913 | $61.94 | 11-MAR-2002 | $11,055.11 |
| 0015 | PMNT | WA | 25-MAR-2002 | OT/G | Federated Insurance | MN | /2/119 | 1163235 | $148.05 | 25-MAR-2002 | $10,934.09 |
| 0016 | PMNT | WA | 05-APR-2002 | OT/G | Federated Insurance | MN | /2/128 | 1164998 | $151.60 | 05-APR-2002 | $10,803.50 |
| 0017 | PMNT | WA | 22-APR-2002 | OT/G | Federated Insurance | MN | /2/139 | 1166994 | $151.60 | 22-APR-2002 | $10,683.98 |
| 0018 | PMNT | WA | 06-MAY-2002 | OT/G | Federated Insurance | MN | /2/147 | 1169003 | $216.52 | 06-MAY-2002 | $10,493.58 |
| 0019 | PMNT | WA | 20-MAY-2002 | OT/G | Federated Insurance | MN | /2/157 | 1170673 | $276.60 | 20-MAY-2002 | $10,242.64 |
| 0020 | PMNT | WA | 03-JUN-2002 | OT/G | Federated Insurance | MN | /2/162 | 1175136 | $148.83 | 03-JUN-2002 | $10,118.86 |
| 0021 | PMNT | WA | 17-JUN-2002 | OT/G | Federated Insurance | MN | /2/171 | 1176094 | $151.60 | 17-JUN-2002 | $9,992.00 |
| 0022 | PMNT | WA | 01-JUL-2002 | OT/G | Federated Insurance | MN | /2/181 | 1178469 | $151.59 | 01-JUL-2002 | $9,864.84 |
| 0024 | PMNT | WA | 15-JUL-2002 | OT/G | Federated Insurance | MN | /2/189 | 1179248 | $151.60 | 15-JUL-2002 | $9,737.38 |
| 0025 | PMNT | WA | 29-JUL-2002 | OT/G | FEDERATED INS | MN | /2/198 | 1183584 | $151.59 | 29-JUL-2002 | $9,609.60 |
| 0026 | PMNT | WA | 09-AUG-2002 | OT/G | Federated Insurance | MN | /2/208 | 1185670 | $149.84 | 09-AUG-2002 | $9,478.22 |
| 0027 | PMNT | WA | 26-AUG-2002 | OT/G | Federated Insurance | MN | /2/219 | 1187349 | $151.60 | 26-AUG-2002 | $9,354.76 |
| 0028 | PMNT | WA | 06-SEP-2002 | OT/G | Federated Insurance | MN | /2/226 | 1188494 | $154.49 | 06-SEP-2002 | $9,218.24 |
| 0029 | PMNT | WA | 23-SEP-2002 | OT/G | Federated Insurance | MN | /2/237 | 1192415 | $151.60 | 23-SEP-2002 | $9,094.01 |
| 0030 | PMNT | WA | 08-OCT-2002 | OT/G | Federated Insurance | MN | /3/006 | 1194309 | $151.60 | 08-OCT-2002 | $8,966.24 |
| 0031 | PMNT | WA | 21-OCT-2002 | OT/G | Federated Insurance | MN | /3/015 | 1195857 | $151.60 | 21-OCT-2002 | $8,835.00 |
| 0032 | PMNT | WA | 05-NOV-2002 | OT/G | Federated Insurance | MN | /3/026 | 1197499 | $140.86 | 05-NOV-2002 | $8,717.29 |
| 0033 | PMNT | WA | 18-NOV-2002 | OT/G | Federated Insurance | MN | /3/034 | 1199028 | $151.59 | 18-NOV-2002 | $8,585.49 |
| 0034 | PMNT | WA | 29-NOV-2002 | OT/G | Federated Insurance | MN | /3/042 | 1200712 | $151.46 | 29-NOV-2002 | $8,450.52 |
| 0035 | PMNT | WA | 16-DEC-2002 | OT/G | Federated Ins. | MN | /3/052 | 1201799 | $144.45 | 16-DEC-2002 | $8,331.16 |
| 0036 | PMNT | WA | 30-DEC-2002 | OT/G | FEDERATED INSURANCE | MN | /3/061 | 1254178 | $151.59 | 30-DEC-2002 | $8,199.94 |
| 0037 | PMNT | WA | 13-JAN-2003 | OT/G | Federated Insurance | MN | /3/070 | 1255457 | $152.21 | 13-JAN-2003 | $8,067.78 |
| 0038 | PMNT | WA | 27-JAN-2003 | OT/G | Federated Insurance | MN | /3/079 | 1257351 | $152.22 | 27-JAN-2003 | $7,935.29 |
| 0039 | PMNT | WA | 10-FEB-2003 | OT/G | Federated Insurance | MN | /3/089 | 1264069 | $152.22 | 10-FEB-2003 | $7,802.47 |
| 0040 | PMNT | WA | 24-FEB-2003 | OT/G | Federated Insurance | MN | /3/098 | 1266040 | $152.21 | 24-FEB-2003 | $7,669.34 |
| 0041 | PMNT | WA | 10-MAR-2003 | OT/G | Federated Insurance | MN | /3/110 | 1267691 | $152.21 | 10-MAR-2003 | $7,535.88 |
| 0042 | PMNT | WA | 24-MAR-2003 | OT/G | Federated Insurance | MN | /3/119 | 1269496 | $157.16 | 24-MAR-2003 | $7,397.15 |
| 0043 | PMNT | WA | 08-APR-2003 | OT/G | FEDERATED INS. | MN | /3/129 | 1271259 | $157.16 | 08-APR-2003 | $7,259.37 |
| 0044 | PMNT | WA | 21-APR-2003 | OT/G | Federated Insurance | MN | /3/138 | 1272623 | $157.16 | 21-APR-2003 | $7,118.69 |
| 0045 | PMNT | WA | 01-MAY-2003 | OT/G | Federated Insurance | MN | /3/145 | 1274671 | $150.26 | 01-MAY-2003 | $6,980.86 |
| 0046 | PMNT | WA | 19-MAY-2003 | OT/G | FEDERATED INSURANCE | MN | /3/157 | 1276012 | $157.16 | 19-MAY-2003 | $6,845.65 |
| 0047 | PMNT | WA | 02-JUN-2003 | OT/G | Federated Insurance | MN | /3/166 | 1278859 | $156.44 | 02-JUN-2003 | $6,705.95 |
| 0048 | PMNT | WA | 18-JUN-2003 | OT/Y | Federated Insurance | MN | /3/177 | 1280370 | $157.71 | 18-JUN-2003 | $6,566.98 |
| 0049 | PMNT | WA | 30-JUN-2003 | OT/G | Federated Insurance | MN | /3/185 | 1282040 | $153.15 | 03-JUL-2003 | $6,427.59 |
| 0053 | PMNT | WA | 14-JUL-2003 | GR/G | Federated Insurance | MN | /3/191 | 1283781 | $157.71 | 14-JUL-2003 | $5,837.60 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0054 | PMNT | WA | 28-JUL-2003 | GR/G | federated insurance | MN | /3/201 | 1285460 | $157.71 | 28-JUL-2003 | $5,694.16 |
| 0055 | PMNT | WA | 11-AUG-2003 | GR/G | federated insurance | MN | /3/211 | 1286937 | $157.71 | 11-AUG-2003 | $5,550.37 |
| 0056 | PMNT | WA | 27-AUG-2003 | GR/G | federated ins | MN | /3/223 | 1290945 | $157.71 | 27-AUG-2003 | $5,408.17 |
| 0057 | PMNT | WA | 08-SEP-2003 | GR/G | federated insurance | MN | /3/231 | 1292374 | $157.71 | 08-SEP-2003 | $5,261.79 |
| 0058 | PMNT | WA | 22-SEP-2003 | GR/G | Federated Insurance | MN | /3/241 | 1296476 | $157.71 | 22-SEP-2003 | $5,116.95 |
| 0059 | PMNT | WA | 06-OCT-2003 | GR/G | federated insurance | MN | /04/004 | 1297827 | $158.71 | 06-OCT-2003 | $4,970.75 |
| 0060 | PMNT | WA | 20-OCT-2003 | GR/G | Federated Insurance | MN | /04/013 | 1299550 | $157.72 | 20-OCT-2003 | $4,825.18 |
| 0063 | PMNT | WA | 03-NOV-2003 | GR/G | Federated Insurance | MN | /04/023 | 1301229 | $178.82 | 03-NOV-2003 | $4,665.64 |
| 0064 | PMNT | WA | 17-NOV-2003 | GR/G | Federated Insurance | MN | /04/032 | 1302774 | $157.71 | 17-NOV-2003 | $4,519.34 |
| 0065 | PMNT | WA | 02-DEC-2003 | GR/G | Federated Insurance | MN | /04/045 | 1304226 | $157.71 | 02-DEC-2003 | $4,373.47 |
| 0066 | PMNT | WA | 03-DEC-2003 | GR/G | Federated Insurance | MN | /04/046 | 1304225 | $86.42 | 03-DEC-2003 | $4,287.81 |
| 0069 | PMNT | WA | 15-DEC-2003 | GR/G | Federated Insurance | MN | /04/055 | 1305494 | $157.71 | 15-DEC-2003 | $4,139.08 |
| 0070 | PMNT | WA | 29-DEC-2003 | GR/G | Federated Insurance | MN | /04/063 | 1306950 | $157.71 | 29-DEC-2003 | $3,991.49 |
| 0071 | PMNT | WA | 12-JAN-2004 | GR/G | Federated Insurance | MN | /04/072 | 1308110 | $158.63 | 12-JAN-2004 | $3,842.62 |
| 0072 | PMNT | WA | 26-JAN-2004 | GR/G | FEDERATED INS. | MN | /04/081 | 1309971 | $158.84 | 26-JAN-2004 | $3,693.15 |
| 0073 | PMNT | WA | 09-FEB-2004 | GR/G | Federated Insurance | MN | /04/092 | 1311799 | $158.84 | 09-FEB-2004 | $3,543.32 |
| 0074 | PMNT | WA | 23-FEB-2004 | GR/G | Federated Insurance | MN | /04/102 | 1313283 | $158.63 | 23-FEB-2004 | $3,393.33 |
| 0075 | PMNT | WA | 08-MAR-2004 | GR/G | FEDERATED INSURANCE | MN | /04/111 | 1317556 | $159.93 | 08-MAR-2004 | $3,241.67 |
| 0076 | PMNT | WA | 22-MAR-2004 | GR/G | FEDERATED INS | MN | /04/121 | 1319215 | $159.93 | 22-MAR-2004 | $3,089.64 |
| 0077 | PMNT | WA | 05-APR-2004 | GR/G | Federated Insurance | MN | /04/131 | 1320539 | $165.29 | 05-APR-2004 | $2,931.88 |
| 0078 | PMNT | WA | 23-APR-2004 | GR/G | Federated Insurance | MN | /04/145 | 1323119 | $165.29 | 23-APR-2004 | $2,775.78 |
| 0079 | PMNT | WA | 03-MAY-2004 | GR/G | FEDERATED INS | MN | /04/151 | 1323939 | $164.00 | 03-MAY-2004 | $2,616.61 |
| 0080 | PMNT | WA | 17-MAY-2004 | GR/G | Federated Insurance | MN | /04/161 | 1326011 | $182.44 | 17-MAY-2004 | $2,440.55 |
| 0081 | PMNT | WA | 01-JUN-2004 | GR/G | Federated | MN | /04/170 | 1327342 | $179.58 | 01-JUN-2004 | $2,267.35 |
| 0082 | PMNT | WA | 14-JUN-2004 | GR/G | FEDERATED INSURANCE | MN | /04/178 | 1328717 | $165.29 | 14-JUN-2004 | $2,107.19 |
| 0083 | PMNT | WA | 28-JUN-2004 | GR/G | FEDERATED INSURANCE | MN | /04/188 | 1330037 | $165.30 | 28-JUN-2004 | $1,947.03 |
| 0085 | PMNT | WA | 12-JUL-2004 | GR/G | Federated Insur | MN | /04/198 | 1331422 | $165.29 | 12-JUL-2004 | $1,786.49 |
| 0086 | PMNT | WA | 26-JUL-2004 | GR/G | Federated Insurance | MN | /04/210 | 1335396 | $171.01 | 26-JUL-2004 | $1,619.84 |
| 0087 | PMNT | WA | 09-AUG-2004 | GR/G | Federated Insurance | MN | /04/220 | 1337136 | $168.15 | 09-AUG-2004 | $1,455.64 |
| 0088 | PMNT | WA | 23-AUG-2004 | GR/G | Federated Insurance | MN | /04/230 | 1338453 | $164.83 | 23-AUG-2004 | $1,294.36 |
| 0089 | PMNT | WA | 07-SEP-2004 | GR/G | FEDERATED INS | MN | /04/240 | 1342626 | $186.73 | 07-SEP-2004 | $1,111.01 |
| 0090 | PMNT | WA | 20-SEP-2004 | GR/G | FEDERATED INSURANCE | MN | /04/249 | 1343856 | $198.16 | 20-SEP-2004 | $915.37 |
| 0091 | PMNT | WA | 04-OCT-2004 | GR/G | FEDERATED INSURANCE | MN | /05/002 | 1345255 | $165.29 | 04-OCT-2004 | $752.31 |
| 0092 | PMNT | WA | 18-OCT-2004 | GR/G | FEDERATED INSURANCE | MN | /05/011 | 1347024 | $165.29 | 18-OCT-2004 | $588.85 |
| 0093 | PMNT | WA | 01-NOV-2004 | GR/G | FEDERATED INS. | MN | /05/020 | 1348804 | $164.00 | 01-NOV-2004 | $426.29 |
| 0094 | PMNT | WA | 15-NOV-2004 | GR/G | FEDERATED INS | MN | /05/027 | 1350043 | $182.44 | 15-NOV-2004 | $244.89 |
| 0095 | PMNT | WA | 24-NOV-2004 | GR/G | FEDERATED INS | MN | /05/034 | 1351358 | $165.29 | 24-NOV-2004 | $79.98 |
| 0096 | PMNT | WA | 13-DEC-2004 | GR/G | FEDERATED INS | MN | /05/046 | 1500848 | $80.05 | 13-DEC-2004 | $0.19 |

Total Payments for Debtor: $12,826.06