CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | CIVIL NO. 00-1074 RHK/JMM |
| v. | ) | |
| MARK A GUSE, Defendant. | ) | |

I hereby certify that on 12/20/04, I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Mark A. Guse
527 South Oak
Owatonna, MN 55060

Federated Insurance Company
121 East Park Square
Owatonna, MN 55060

s/Stacey E. Kulevich
STACEY E. KULEVICH